### ESTATE OF J. B. WHITE.

No. 8315—March 6, 1878.

WILL, CONDITIONAL, TO BE VALID IN CASE OF DEATH ON A PARTICULAR VOYAGE, A NULLITY ON RETURNING THEREFROM.

A will which recites projected voyage and "in case of death while performing the journey," makes certain disposition of property, becomes a nullity on the safe return of testator.

Construing section, C. C., 1281.

*Sol. A. Sharp,* for administrator.

*P. B. Ladd,* for proponent.

A paper was offered for probate, reading as follows:

"SAN FRANCISCO, November 13, 1876.

"I am about to sail for China and Japan on the 16th inst., and in case of my death while performing the journey I desire the following disposition of my estate to be made," &c., &c.

Deceased returned from the voyage indicated in the paper, and (being in the employ of a steamship company) made other voyages. He died on board his ship in the harbor of San Francisco.

By the COURT: The will was conditional, (1 Redf. on Wills, 177–9, ed. of 1869,) and was made of no effect by the return of the deceased from the voyage indicated. Probate of the will must therefore be denied.